UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY J. TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | No. CV 16-5312 FFM<br><br>JUDGMENT |

    In accordance with the Memorandum Decision and Order filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: April 24, 2018

                                           /S/FREDERICK F. MUMM
                                            FREDERICK F. MUMM
                                        United States Magistrate Judge